■ In the Matter of ROBERT L. HARDER. — Application for reinstatement granted and petitioner, Robert L. Harder, reinstated as an attorney and counselor at law, effective immediately. Order entered. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.